v.

### MOTOROLA, INC., Jonathan P. Meyer, Hugh C. Dunlop, Thomas G. Berry, J. Ray Wood, and Terri S. Hughes, Defendants–Appellees.

No. 2010–1533.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2011.

### Felix L. SORKIN, Plaintiff–Appellant,

v.

### UNIVERSAL BUILDING PRODUCTS, Defendant–Appellee.

No. 2010–1289.

United States Court of Appeals, Federal Circuit.

Dec. 8, 2011.

## ON MOTION

### ORDER

Felix L. Sorkin moves without opposition to lift the stay of proceedings and to voluntarily dismiss this appeal with prejudice, due to settlement,

Upon consideration thereof,

It Is Ordered That:

(1) The motions are granted. The stay of proceedings is lifted and the appeal is dismissed with prejudice.

(2) Each side shall bear its own costs.